EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Alberto Guerrero Ledesma | 2014 TSPR 50

190 DPR ____ |

Número del Caso: AB-2012-403

Fecha: 10 de febrero de 2014

Materia: Conducta Profesional- La suspensión será efectiva el 14 de febrero de 2014, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Alberto Guerrero Ledesma          AB-2012-403

*PER CURIAM*

San Juan, Puerto Rico, a 10 de febrero de 2014.

Una vez más, nos vemos forzados a ejercer nuestra facultad disciplinaria contra un miembro de la profesión legal por incumplir con los requerimientos de este Tribunal. Por los fundamentos expuestos a continuación, ordenamos la suspensión inmediata e indefinida del Lcdo. Alberto Guerrero Ledesma del ejercicio de la abogacía.

I.

El licenciado Guerrero Ledesma fue admitido al ejercicio de la abogacía el 9 de enero de 1970 y al de la notaría el 31 de marzo de ese mismo año. El 25 de enero de 1988 autorizamos su renuncia voluntaria al ejercicio de la notaría.

El 7 de agosto de 2012, la Sra. Nicolasa Tobar presentó una queja en contra del licenciado Guerrero Ledesma. El 26 de noviembre de 2012, la Subsecretaria del Tribunal Supremo envió al abogado una carta certificada en la que le requirió que contestara la queja. La carta fue devuelta por el correo por la siguiente razón: "Unclaimed". El 20 de marzo de 2013, la Subsecretaria de este Tribunal cursó una segunda notificación al letrado, con copia de la queja. Le informó que la primera carta fue devuelta por el correo y le concedió un término de diez días para que compareciera por escrito con sus comentarios y reacciones sobre este asunto. Además, le instruyó que notificara su contestación a la quejosa y que nos certificara dicha notificación. La carta fue devuelta por el correo por la siguiente razón: "Attempted not known".

Así las cosas, el 18 de junio de 2013, le notificamos una Resolución en la que le concedimos un término final de diez días para contestar la queja de referencia. Le apercibimos de que su incumplimiento con los términos de esta Resolución podría conllevar sanciones disciplinarias severas como la suspensión automática del ejercicio de la abogacía. Esta notificación no fue devuelta por el correo. Sin embargo, al día de hoy, el licenciado Guerrero Ledesma no ha comparecido.

II.

Todo abogado tiene la obligación de atender y cumplir diligentemente con los requerimientos y órdenes de este Tribunal relativos a su conducta profesional. In re Efrén Irizarry Colón, 2013 T.S.P.R. 145, 189 D.P.R. ___ (2013); In

re Fiel Martínez, 180 D.P.R. 426, 430 (2010). No hacerlo constituye una violación al Canon 9 del Código de Ética Profesional, que establece que: "[e]l abogado debe observar para con los tribunales una conducta que se caracterice por el mayor respeto". 4 L.P.R.A. Ap. IX C. 9. Véanse, además, In re Feliciano Jiménez 176 D.P.R. 234 (2009); In re Salichs Martínez, 131 D.P.R. 481, 490 (1992).

Consecuentemente, cuando un letrado ignora nuestros requerimientos y apercibimientos de sanciones disciplinarias, procede su suspensión inmediata e indefinida del ejercicio de la profesión. In re Montes Díaz, 184 D.P.R. 90, 94-95 (2012); In re Feliciano Jiménez, *supra*. Ello tiene particular importancia cuando se trata de un proceso disciplinario, pues está en entredicho su conducta profesional. Véase In re Ángel Morales Rodríguez, 179 D.P.R. 766 (2010).

Como hemos reiterado, este Tribunal no tolerará la actitud de indiferencia por parte de un miembro de nuestra profesión ante nuestras órdenes. In re López González, 2013 T.S.P.R. 105, 189 D.P.R. ___ (2013).

### III.

El licenciado Guerrero Ledesma no cumplió con nuestra Resolución del 18 de junio de 2013 en la que le concedimos un término final de diez días para contestar la queja. Esto, a pesar de que le apercibimos de que su incumplimiento podría conllevar sanciones tan severas como la suspensión del ejercicio de la profesión.

Indudablemente, la actitud del licenciado Guerrero Ledesma denota indiferencia ante nuestras órdenes, lo cual

constituye una violación a su deber ético de observar una conducta caracterizada por el mayor respeto hacia los tribunales.

Por todo lo anterior, se suspende inmediata e indefinidamente al Lcdo. Alberto Guerrero Ledesma del ejercicio de la abogacía. El licenciado deberá notificar a todos sus clientes de su inhabilidad de seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión indefinida a los foros judiciales y administrativos en los que tenga algún caso pendiente. Estas gestiones deberán ser certificadas a este Tribunal dentro del término de treinta días a partir de la notificación de esta Opinión y Sentencia.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Alberto Guerrero Ledesma          AB-2012-403




SENTENCIA


San Juan, Puerto Rico, a 10 de febrero de 2014.

Por los fundamentos expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte de la presente Sentencia, se suspende inmediata e indefinidamente al Lcdo. Alberto Guerrero Ledesma del ejercicio de la abogacía. El licenciado deberá notificar a todos sus clientes de su inhabilidad de seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión indefinida a los foros judiciales y administrativos en los que tenga algún caso pendiente. Estas gestiones deberán ser certificadas a este Tribunal dentro del término de treinta días a partir de la notificación de esta Opinión y Sentencia.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.




Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo